# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-3785

———————————————

United States of America,

*Plaintiff - Appellee,*

v.

Rodney Tracy,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

——————————

Submitted: January 12, 2017
Filed: January 26, 2017
[Unpublished]

——————————

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

——————————

PER CURIAM.

While Rodney Tracy was serving a three-year term of federal supervised release, the district court[1] revoked supervised release and sentenced him to serve six

———————————————

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

months in prison and two additional years of supervised release. Tracy appeals, challenging both the decision to revoke supervised release and the resulting revocation sentence. We affirm.

Upon careful review of the record, we conclude that the district court did not clearly err in finding that Tracy violated multiple conditions of his supervised release. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review). Accordingly, the court was entitled to revoke supervised release, *see* 18 U.S.C. § 3583(e)(3), and did not abuse its discretion in doing so, *see Miller*, 557 F.3d at 914. We conclude, further, that the district court's revocation sentence--which the court imposed after carefully articulating relevant considerations under 18 U.S.C. § 3553(a), and which fell within the advisory Sentencing Guidelines revocation range--was not unreasonable. *See United States v. Merrival*, 521 F.3d 889, 890 (8th Cir. 2008) (standard of review).

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____